# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

LARRY G. COKER,              )
                             )
          Plaintiff,         )
                             )
vs.                          )   Case No. 5:12-cv-01028-SLB-TMP
                             )
CORIZON MEDICAL SERVICES,    )
et al.,                      )
                             )
          Defendants.        )

## ORDER

The magistrate judge filed a report and recommendation on October 7, 2013, recommending that the following claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted: (1) plaintiff's 42 U.S.C. § 1985 conspiracy claims against all defendants; (2) plaintiff's Eighth Amendment medical care and habeas claims against Defendant Allen; (3) plaintiff's Eighth Amendment medical care claims against Defendant Corizon, Inc.; and (4) plaintiff's Eighth Amendment medical care claims against Defendant Ambrosity. (Doc. 8.)  The magistrate judge further recommended that plaintiff's Eighth Amendment medical care and state law negligence claims against Defendants Barrett, Hood, Sayhu, Stubbs, Hunt, Hooper, Feelyon, and an unknown dentist and

dental technician be referred to the magistrate judge for further proceedings. Plaintiff has not filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all of plaintiff's claims in this action except his Eighth Amendment medical care and state law negligence claims against Defendants Barrett, Hood, Sayhu, Stubbs, Hunt, Hooper, Feelyon, and an unknown dentist and dental technician are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). It is further **ORDERED** that plaintiff's Eighth Amendment medical care and state law negligence claims against Defendants Barrett, Hood, Sayhu, Stubbs, Hunt, Hooper, Feelyon, and an unknown dentist and dental technician are **REFERRED** to the magistrate judge for further proceedings.

**DONE** this 17th day of December, 2013.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE